IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELMORE WELCH, SR., | : | |
| Plaintiff, | : | |
| v. | : | CA No. 11-595-WS-C |
| SHIRLEY DARBY, et al., | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 16, 2012 is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of March, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**
