IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELMORE WELCH, SR., | : |
| Plaintiff, | : |
| v. | : CA No. 11-595-WS-C |
| SHIRLEY DARBY, et al., | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE** for want of subject matter jurisdiction.

**DONE** this 14th day of March, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**